**Electronically Filed**
**Supreme Court**
**SCWC-11-0001106**
**04-FEB-2015**
**01:29 PM**

SCWC-11-0001106

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JULIANA J. ZHANG,
Petitioner/Claimant-Appellant,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF LAND AND NATURAL RESOURCES,
Respondent/Employer-Appellee, Self-Insured.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001106; CASE NO. AB-2003-365 (2-94-41072))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and Circuit
Judge Browning, in place of Wilson, J., recused)

Petitioner/Claimant-Appellant Juliana Zhang's

Application for Writ of Certiorari filed on December 22, 2014, is

hereby accepted and will be scheduled for oral argument.  The parties

will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, February 4, 2015.

Lila Barbara Kanae                    /s/ Mark E. Recktenwald
for petitioner
                                      /s/ Paula A. Nakayama
James E. Halvorson
for respondent                        /s/ Sabrina S. McKenna

                                      /s/ Richard W. Pollack

                                      /s/ R. Mark Browning